IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                          ORDER

   v.

                                                00-cr-24-bbc

DOUGLAS P. DYSON,

                Defendant.

_____

      IT IS ORDERED that defendant DOUGLAS DYSON is RELEASED FROM CUSTODY and returned to his conditions of supervision pending the revocation hearing in this case.

      Date: May 12, 2009

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge